UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MORIAH UNITED CORP.,                                          Case No.

        Plaintiff,

  -v-
                                                                        **Rule 7.1 Statement**

STANLEY DANIELS,

        Defendant.
-----------------------------------------------------------X

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

    NONE

Date:   July 26, 2007

                                                                     Signature of Attorney
                                                                       Edward L. Birnbaum
                                                                       Attorney Bar Code: **EB8761**