UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Index No. 07-CIV-6735

MORIAH UNITED CORP.

, Plaintiff(s)

- against -

STANLEY DANIELS

, Defendant(s)

State of Connecticut   )
                       )   SS.:
County of Hartford     )

AFFIDAVIT OF SERVICE

Eric Rubin being duly sworn, deposes and says
that he is over the age of 18 years; is not a party to this action and resides
within the State of Connecticut.  That on 08/02/2007 at  1:36 PM at:
    2435 BEDFORD STREET
    UNIT 13A
    STANFORD CT 06905
Deponent served the:

SUMMONS IN A CIVIL ACTION
COMPLAINT
upon STANLEY DANIELS,
by delivering true copies to:
Arlene Daniels, Spouse
who stated that they were authorized to accept service on behalf of:
STANLEY DANIELS.

Within 20 days of such service, deponent enclosed a copy of same in a first
class postpaid envelope properly addressed to recipient at:
    STANLEY DANIELS
    2435 BEDFORD STREET
    UNIT 13A
    STANFORD CT 06905
and deposited said envelope in an official depository under the exclusive
care and custody of the U.S. Postal Service within Connecticut State.  The
envelope bore the legend "PERSONAL & CONFIDENTIAL" and did not
indicate by return address or otherwise that the communication was from an
attorney or concerned an action against the recipient.

To the best of my knowledge, based on information and belief, the said
recipient at the time of service was not engaged in the military service
of the United States or Connecticut. Recipient wore ordinary
civilian clothing and no military uniform.

Deponent describes the individual served as follows:
AGE: 55  HEIGHT: 5'5''   WEIGHT: 115    HAIR: BROWN      RACE: WHITE     SEX: FEMALE
OTHER: Glasses

_____
Eric Rubin            License #NONE

SWORN TO BEFORE ME   August 3, 2007

_____
My Commission Expires:  7/31/08

OUR DOC# 18856
Herzfeld & Rubin, P.C.
40 Wall Street, 52nd Floor
New York NY 10005
212-471-8500
42556.002