UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MORIAH UNITED CORP.,

                Plaintiff,              **ORDER TO SHOW CAUSE**

      - against -                   07 Civ. 6735 (GEL)

STANLEY DANIELS,

                Defendant.
------------------------------------------------------------X

Upon the Affidavit of Edward L. Birnbaum sworn to October 2, 2007, and the Exhibits annexed thereto, pursuant to Rule 55 of the Federal Rules of Civil Procedure, and the Default Judgment Procedure of Hon. Gerard E. Lynch, it is hereby:

ORDERED, that the defendant STANLEY DANIELS show cause before this Court, at the United States Courthouse, 500 Pearl Street, New York, New York, in Room 6B on October 25, 2007 at 4:45 o'clock in the afternoon, or as soon thereafter as counsel can be heard, why plaintiff's motion to enter a default judgment should not be granted and judgment entered in favor of plaintiff; and it is further

ORDERED, that service of a copy of this Order together with the supporting papers shall be deemed good and sufficient service if served upon the above-named defendant by overnight delivery by United Parcel Service to his home address, 243 Bedford Street, Unit 13A, Stamford, Connecticut 06905, on or before October 15, 2007.

Dated: New York, New York
October 9, 2007

                                                          _____
                                                          U.S.D.J.