UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MORIAH UNITED CORP.,                              07 Civ. 6735(GEL)

          Plaintiff,

   - against -                                    **AFFIDAVIT OF SERVICE**

STANLEY DANIELS,

          Defendant.
-----------------------------------------------------------------X

STATE OF NEW YORK  )
                                 )ss.:
COUNTY OF NEW YORK )

      EMILIA BERMUDEZ, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Bronx, New York; that on October 9, 2007, deponent served plaintiff's **ORDER TO SHOW CAUSE AND AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** upon the defendant herein at the address shown below by delivering true copies of the same in a properly addressed envelope, tracking no. 1Z W1F 624 13 9118 0948 to a representative of UPS for overnight delivery.

      TO:   Mr. Stanley Daniels
                2435 Bedford Street
                Apt. 13A
                Stamford, Connecticut 06905

                                                  _Emilia Bermudez_
                                                   Emilia Bermudez

Sworn to before me this
23rd day of October, 2007

_Deborah Ann Horan_
Notary Public

DEBORAH ANN HORAN
Notary Public, State of New York
No. 01HO4689838
Qualified in Queens County
Certificate Filed in New York County
Commission Expires August 31, 2009