UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MORIAH UNITED CORP.,                                    07 Civ. 6735(GEL)

                Plaintiff,

        - against -                                    **AFFIDAVIT OF SERVICE**

STANLEY DANIELS,

                Defendant.
------------------------------------------------------------------X

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

      Charles A. Crum, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in New York, New York; that on October 16, 2007, deponent served plaintiff's Amended Order To Show Cause with respect to plaintiff's motion for a default judgment upon the defendant herein at the address shown below by delivering a true copy of the same in a properly addressed envelope to a representative of United Parcel Service for overnight delivery.

      TO:   Mr. Stanley Daniels
             2435 Bedford Street
             Apt. 13A
             Stamford, Connecticut 06905

                                                        Charles A. Crum

Sworn to before me this
23rd day of October, 2007

_____
   Notary Public

JOSEPH H. GREEN
Notary Public, State of New York
No. 02GR6118375
Qualified in Kings County
Commission Expires Nov. 06, 20__