UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X

MORIAH UNITED CORP.,

      Plaintiff,      **DEFAULT JUDGMENT**

 - against -      07 Civ. 6735 (GEL)

STANLEY DANIELS,

      Defendant.

------------------------------------------------------------X

  This action having been commenced on July 26, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant, STANLEY DANIELS, by delivering a copy to his spouse at the Defendant's residence, and a subsequent mailing, by first class mail to the Defendant's residence, and proof of service having been filed on August 13, 2007, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

  ORDERED, ADJUDGED AND DECREED that the plaintiff have judgment against the defendant in accordance with the loan agreements between the parties (i) in the liquidated amount of $ 819,000.77, consisting of:

| | | |
|---|---|---|
| (a) | Principal of | $500,000 |
| (b) | Three interest payments of $15,800 | $ 47,400 |
| (c) | $7,900 plus interest on $500,000 at the rate of 1.58% per month from January 18, 2007 to February 6, 2007 | $ 13,166.67 |
| (d) | | $100,000 |

(e) Interest at the rate of 3.5% per month to October 2, 2007 on:

|  |  |  |  |
|---|---|---|---|
| (i) | $15,800 from November 18, 2006 | $ 5,880.23 | |
| (ii) | $15,800 from December 18, 2006 | $ 5,327.23 | |
| (iii) | $15,800 from January 18, 2007 | $ 4,737.37 | |
| (iv) | The sum specified in subparagraph (c) above, from February 6, 2007 | $ 3,655.94 | |
| (v) | $500,000 from February 6, 2007 | $ 138,833.33 | $ 158,434.10 |

**Total:** **$819,000.77**; and

(ii) in a second liquidated amount of $601,500, consisting of principal of $500,000, plus interest at the rate of 3.5% per month from April 12, 2007 of $101,500;

totaling in all $1,420,500.77.

Dated:   New York, New York
         October ___, 2007

_____
U.S.D.J.

This document was entered on the docket on

_____.